UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,       **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

              -against-

                          -CR-   ( )( )

 Robert Courtright

                              Defendant(s).

-------------------------------------------------------------------X

Defendant __Robert Courtright_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_     Initial Appearance Before a Judicial Officer

___     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_*Robert Courtright* by Benjamin Gold_           *Ben G* (signature)
Defendant's Signature                                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Robert Courtright_____           Benjamin Gold_____
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

7/7/2020                               _Judith C. McCarthy_____
_____                   
Date                                       U.S. District Judge/U.S. Magistrate Judge