UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,                    **SCHEDULING ORDER**

    -against-                                 20 Mag 6464 (KMK)

ROBERT COURTRIGHT,

                Defendant.
-------------------------------------------------------X

TO ALL PARTIES:

      The Court has scheduled an Arraignment for October 6, 2020 at 3:00 p.m. before Magistrate Judge Judith C. McCarthy. To access the conference, counsel should call 877-873-8017 and use access code 4264138. Counsel will separately be sent information on how to also connect by video.

      Members of the press and public may call the same number, but will not be permitted to speak during the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. *See* Local Civil Rule 1.8. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

      Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website, and comply with the rules regarding conferences.

Dated:  October 1, 2020
          White Plains, New York

                                            **SO ORDERED:**

                                              _____
                                              JUDITH C. McCARTHY
                                              United States Magistrate Judge